United States Courts
Southern District of Texas
FILED

JUN 03 2022

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JUAN GABRIEL MALDONADO SANTIAGO AND RENE EMMANUEL RIVERA ALCANTARA**<br>*Plaintiffs*<br><br>VS.<br><br>**CITY OF HOUSTON, HOUSTON POLICE DEPARTMENT CHIEF OFFICER TROY FINNER, HARRIS COUNTY PRECINT 4 CONSTABLE OFFICE, HUTCHINS STREET SQUARE HOMEOWNERS' ASSOCIATION, UBER TECHNOLOGIES, INC., MORROW & SHEPPARD, LLP, JOSHUA P. DAVIS d/b/a/ DAVIS LAW GROUP, ROBERTO COELLO & BURNEY KOFI S,**<br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:22-cv-01570-KMH |

## PLAINTIFFS' NOTICE OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs Juan Gabriel Maldonado Santiago and Rene Emmanuel Rivera Alcantara respectfully file this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as to all causes of action against all Defendants.

Respectfully submitted,

/s/ Juan Gabriel Maldonado Santiago
/s/ Rene Emmanuel Rivera Alcantara

2317 Hutchins Street
Houston, Texas 77002
(787) 247-0537/Phone
(281) 520-8112/Phone

**Pro Se**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN GABRIEL MALDONADO SANTIAGO AND RENE EMMANUEL RIVERA ALCANTARA<br>*Plaintiffs*<br><br>VS.<br><br>CITY OF HOUSTON, HOUSTON POLICE DEPARTMENT CHIEF OFFICER TROY FINNER, HARRIS COUNTY PRECINT 4 CONSTABLE OFFICE, HUTCHINS STREET SQUARE HOMEOWNERS' ASSOCIATION, UBER TECHNOLOGIES, INC., MORROW & SHEPPARD, LLP, JOSHUA P. DAVIS d/b/a/ DAVIS LAW GROUP, ROBERTO COELLO & BURNEY KOFI S,<br>*Defendants.* | §§§§§§§§§§§§§§§§§§ | Civil Action No. 4:22-cv-01570-KMH |

## ORDER OF DISMISSAL

After considering Plaintiffs' Rule 41(a)(1)(A)(i) Notice of Dismissal, it is **ORDERED** that this action be, and herby is **DISMISSED** without prejudice as to all claims against all Defendants.

Dated: _____.

_____
**UNITED STATES DISTRICT JUDGE**