UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JUAN GABRIEL MALDONADO SANTIAGO AND RENE EMMANUEL RIVERA ALCANTARA** <br> *Plaintiffs* <br><br> VS. <br><br> **CITY OF HOUSTON, HOUSTON POLICE DEPARTMENT CHIEF OFFICER TROY FINNER, HARRIS COUNTY PRECINT 4 CONSTABLE OFFICE, HUTCHINS STREET SQUARE HOMEOWNERS' ASSOCIATION, UBER TECHNOLOGIES, INC., MORROW & SHEPPARD, LLP, JOSHUA P. DAVIS d/b/a/ DAVIS LAW GROUP, ROBERTO COELLO & BURNEY KOFI S,** <br> *Defendants.* | § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:22-cv-01570-KMH <br><br> United States Courts <br> Southern District of Texas <br> F I L E D <br><br> JUN 1 4 2022 <br><br> Nathan Ochsner, Clerk of Court |

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLEADING

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs Juan Gabriel Maldonado Santiago and Rene Emmanuel Rivera Alcantara respectfully file this Notice of Withdrawal pursuant to Federal Rule of Civil Procedure 216, and respectfully would show unto the Court as follows:

1. Plaintiffs filed the above-styled Civil Action (Doc. No. 1) on May 17, 2022.

2. On June 3, 2022, Plaintiffs filed a Notice of Dismissal (Doc. No. 6), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

3. Upon the discovery of new and/or unknown evidence following the filing of the Dismissal, Plaintiffs believe that good cause exist for maintaining this Civil Rights complaint.

4. Plaintiff will show that among the essential elements for a case or controversy, they have

in fact sustained economic damages and severe mental anguish.

5. Plaintiff will also show that, under the preponderance of evidence standard, there is also evidence for the award of exemplary damages given the circumstances of the acts and/or omissions by Defendants.

6. There is no prejudice to Defendants whatsoever as the case is in its initial stage, Defendants has not even been served, and no discovery has been propounded,

7. This Notice is not for delay, but that justice may be done.

THEREFORE, Plaintiffs file this Notice of Withdrawal, and respectfully request this Honorable Court to Order the Clerk to withdraw or strike the aforesaid Dismissal, and for such other relief to which Plaintiffs may be entailed in law or equity.

Respectfully submitted,

/s/ Juan Gabriel Maldonado Santiago
/s/ Rene Emmanuel Rivera Alcantara

2317 Hutchins Street
Houston, Texas 77002
(787) 247-0537/Phone
(281) 520-8112/Phone

**Pro Se**